UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE A. USEVICZ,

    Plaintiff,

v.                                                    Case No. 22-11890

WELTMAN WEINBERG & REIS, CO.        Sean F. Cox
OF MICHIGAN, *ET AL*.,                       United States District Court Judge

    Defendants.
_____/

## **JUDGMENT**

    In an Opinion and Order issued this date, this Court DISMISSED WITH PREJUDICE all federal claims in this action. The Court declined to exercise supplemental jurisdiction over Plaintiff's state-law claims and dismissed those claims without prejudice.

    This is a final order and closes this case.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: February 10, 2023